IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:93cr334-MHT |
| BRYANT BOWE | ) | (WO) |

## ORDER

Based on the evidence and argument presented to the court, it is ORDERED that the revocation petition (doc. no. 13) is granted to the following extent only:

(1) Defendant Bryant Bowe is guilty of the violation charged in the revocation petition (doc. no. 13).

(2) Defendant Bowe's supervised release is, however, not revoked.

(3) Defendant Bowe's conditions of supervised release are modified to include the following additional requirement: Defendant Bowe shall participate in home

detention with electronic monitoring for a period of six months, to begin at a time designated by his supervising probation officer.

DONE, this the 25th day of March, 2014.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE