IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:93cr334-MHT |
| | ) | (WO) |
| BRYANT BOWE | ) | |

## ORDER

The court having found defendant Bryant Bowe guilty of the charge in the revocation petition (doc. no. 33) (that is, pushing the victim into the wall, throwing her to the floor, sitting on her stomach and chest so that it was hard for her to breathe, and placing a small knife to her throat, all in violation of state law) and an additional allegation having been made that defendant Bowe may have abused a child, it is ORDERED as follows:

(1) The government shall investigate the additional allegation.

(2) By no later than June 10, 2015, the government is to file a report of the results of that investigation.

(3) The court will set a date for the resumption of the revocation-petition hearing after it has had an opportunity to review the government's report and to discuss the report with government counsel, defense counsel, and the supervising probation officer.

DONE, this the 22nd day of May, 2015.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**