```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


  UNITED STATES OF AMERICA    )
                              )    CRIMINAL ACTION NO.
      v.                      )       2:93cr334-MHT
                              )            (WO)
  BRYANT BOWE                 )
```

                                ORDER

It is ORDERED that a hearing is set for August 14, 2015, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama:

(1) The resumption of the hearing on the first revocation petition (doc. no. 33), for which defendant Bryant Bowe has already been found guilty (that is, pushing the victim into the wall, throwing her to the floor, sitting on her stomach and chest so that it was hard for her to breathe, and placing a small knife to her throat, all in violation of state law).

    **(2)** The hearing on the second revocation petition (doc. no. 60).

    DONE, this the 17th day of June, 2015.

                                   /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**